IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES WORTON<br>BEHALF OF HIMSELF AND ALL OTHERS SIMULARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>RETREAT AT LANCASTER, COUNTY PA LLC<br>RETREAT BEHAVIORAL HEALTH LLC<br><br>Defendants | Civil Action No. 5:23-cv-00026-MRP |
| LAUREN SMALL,<br>INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMULARLY SITUATED<br><br>v.<br><br>RETREAT BEHAVIORAL HEALTH<br><br>Defendants | Civil Action No. 2:23-cv-00441-MRP |

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE

**WHEREAS** Plaintiffs James Worton and Lauren Small and Defendant Retreat Behavioral Health jointly move pursuant to Federal Rule of Civil Procedure 42, to consolidate the related actions, *James Worton v. Retreat at Lancaster, County PA LLC and Retreat Behavioral Health LLC* No. 5:23-cv-00026-JMG and *Lauren Small v. Retreat Behavioral Health*, No. 2:23-cv-00441 (together, the "Related Actions"); and

**WHEREAS,** the Court has carefully reviewed the motion, including the memoranda attached thereto and all files, records, and prior proceedings to date in this matter, and good cause appearing based on the record.

**NOW THEREFORE, IT IS ORDERED** that:

1. The following actions shall be consolidated for all purposes: *James Worton v. Retreat at Lancaster, County PA LLC and Retreat Behavioral Health LLC* No. 5:23-cv-00026-JMG and *Lauren Small v. Retreat Behavioral Health*, No. 2:23-cv-00441. The *Worton* case is designated as the lead case. All papers filed in the Consolidated Action shall be filed under Case No. 5:23-cv-00026-JMG and shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE Retreat Behavioral Health LLC | Lead Case No.: 5:23-cv-00026-MRP |
|---|---|

2. All future-filed or transferred actions that are related to the Consolidated Action pursuant to FRCP 42 in that they are based on same or similar facts and circumstances shall be consolidated in the Consolidated Action.

3. Initial deadlines for the Consolidated Action are as follows:

    a. Plaintiffs shall file a Consolidated Complaint no later than 30 days following entry of this Order;

    b.    Defendant shall file an answer or otherwise respond to the Consolidated Complaint within 30 days of the filing of the Consolidated Complaint;

    c.    Plaintiffs shall file an opposition to any motion to dismiss or similar motion filed in response to the Consolidated Complaint within 30 days of the motion;

    d.    Defendants shall file a reply in support of any motion to dismiss or similar motion within 14 days of Plaintiffs' opposition; and

    e.    Defendant need not file a response to the Complaints in *Worton* and *Smalls*.

**IT IS SO ORDERED.**

Dated: April 11, 2023

BY THE COURT:

_____
MIA R. PEREZ