IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE Retreat Behavioral Health LLC | Lead Case No.: 5:23-cv-00026-MRP |

## ORDER

AND NOW, this 7th day of March, 2024, upon consideration of Defendants' Motion to Dismiss (ECF No. 17) and Plaintiff's Response in Opposition (ECF No. 27), it is hereby ORDERED that Defendants' motion is GRANTED. Pursuant to Federal Rule of Civil Procedure 12(b)(1), the case is dismissed without prejudice.

BY THE COURT:

_____
Hon. Mia R. Perez